UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
JOFFREE NAULA, individually
and on behalf of others similarly situated,		20-cv-03714 (RPK)(SMG)

                                      Plaintiff,		**STIPULATION**

        -v.-

BASIL BRICK OVEN PIZZA CORP. (D/B/A BASIL
BRICK OVEN), UGO MATTEI, and VALENTINO
MATTEI,
                                    Defendants.
---------------------------------------------------------------------------X

      IT IS HEREBY STIPULATED by the attorneys for the Plaintiff and the attorney for defendants Ugo Mattei and Valentino Mattei in the above-captioned action that the time for the individual defendants to answer, move or otherwise respond to the complaint in this action, other than to contest service of the summons and complaint, is extended to and including October 9, 2020, and that the individual defendants hereby waive any and all potential defenses as to the service of process.

Dated: September 11, 2020.


Michael Faillace & Associates, P.C

/s/ Jordan Gottheim				 /S/   Arthur Forman
Jordan Gottheim, Esq.     .			Arthur H. Forman, Esq.
60 East 42nd Street, Suite 4510			98-20 Metropolitan Avenue
New York, New York 10165			Forest Hills, New York 11375
(212) 317-1200					(718) 268-2616
jgottheim@faillacelaw.com			ahf@ahforman.com

*Attorneys for Plaintiff*				*Attorney for Defendants Ugo Mattei*
                                                              *And Valentino Mattei*


                                              *SO ORDERED:*

                                              _____